# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BRANDON M. WALLACE, | : No. 421 MAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.